UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 22-1374 JGB (SPx)** | Date | December 1, 2022 |
|---|---|---|---|
| Title | ***Theresa Brooke v. Sarodia Suncity LLC*** | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order to Show Cause and Continuing Motion to Dismiss (Dkt. No. 14) (IN CHAMBERS)**

On August 3, 2022, Plaintiff Theresa Brooke ("Plaintiff") filed this action against Defendant Sarodia Suncity LLC ("Defendant"). ("Complaint," Dkt. No. 1.) The Complaint asserts a claim for injunctive relief arising out of an alleged violation of the Americans with Disabilities Act ("ADA") and a claim for damages pursuant to California's Unruh Civil Rights Act ("Unruh Act"). (See Complaint.) On September 16, 2022, Defendant filed a motion to dismiss. ("Motion to Dismiss," Dkt. No. 14.) On November 3, 2022, the Court declined supplemental jurisdiction over Plaintiff's Unruh Act Claim. (Dkt. No. 20.)

On April 19, 2020, the Honorable Judge James V. Selna entered an order declaring Plaintiff's lawyer, Peter Strojnik ("Strojnik"), a vexatious litigant. Strojnik v. SCG Am. Constr. Inc., 2020 WL 4258814, at *8 (C.D. Cal. Apr. 19, 2020). Furthermore, Judge Selna enjoined Mr. Strojnik from filing any civil action alleging a cause of action for violation of the ADA in the Central District of California, "without first obtaining certification from the Chief Judge of the District Court that his claims are not frivolous or asserted for any improper purpose." (Id.) Therefore, the Court orders Mr. Strojnik to show cause in writing whether he has obtained certification from the Chief Judge of the Central District or whether Judge Selna's order has been lifted.

Failure to timely or adequately respond to this OSC may, without further warning, result in the dismissal of the entire action with prejudice.

Accordingly, the Court **ORDERS** as follows:

1. Plaintiff shall file a response to this OSC no later than **Friday, December 9, 2022**.

2. The December 5, 2022 hearing for Defendant's Motion to Dismiss is **CONTINUED** to **December 19, 2022 at 9:00 a.m.**

**IT IS SO ORDERED.**