**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:22-cv-1374-JGB-SPx |
| Plaintiff, | **ORDER** |
| vs. | |
| SARODIA SUNCITY LLC, | |
| Defendant. | |

IT IS HEREBY ORDERED the above case is dismissed with prejudice. Each party shall bear her/its own fees, costs and expenses.

DATED April 20, 2023.

Hon. Jesus G. Bernal
U.S. District Court Judge